# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-792
_____

KEITH A. HALPERN,

Appellant,

v.

NIKOLETA G. KOIKOS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

October 31, 2018

PER CURIAM.

Appellant challenges the injunction against domestic violence entered January 26, 2017, after the final hearing held that same date. Appellant argues that the injunction was not supported by competent substantial evidence. However, after our order allowing Appellant to supplement the record with a transcript of the hearing or stipulated statement of the evidence, he did not do so. *See* Fla. R. App. P. 9.200(b)(4), (f)(2). Accordingly, we must affirm. *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979); *Murphy v. Blubaugh*, --- So. 3d ---, 43 Fla. L. Weekly D1712, 2018 WL 3636747 (Fla. 2d DCA Aug. 1, 2018); *Jackson v. Echols*, 937 So. 2d 1247 (Fla. 3d DCA 2006); *Ricketts v. Ricketts*, 790 So. 2d 1265 (Fla. 5th DCA 2001); *Ain v. Ain*, 778 So. 2d 1029 (Fla. 4th DCA 2001).

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Keith A. Halpern, pro se, Appellant.

No appearance, for Appellee.

2